# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Big Thyme Enterprises, Inc., individually and as the representative of a class of similarly-situated persons,<br><br>     Plaintiff,<br><br>vs.<br><br>David A. Crotts & Associates, Inc., David A. Crotts and John Does 1-10,<br><br>     Defendants. | Civil Action No. 3:12-cv-00822-JFA |

## CONSENT ORDER TO REMAND

On March 21, 2012, Defendants filed their Notice of Removal, and on April 19, 2012, Plaintiff filed its Motion to Remand. As explained in Defendants' Response to Plaintiff's Motion to Remand filed on April 24, 2012, Defendants no longer seek to remove this action and have agreed to consent to its remand to state court. Plaintiff no longer seeks an award of fees and costs.

Therefore, it is hereby ORDERED that this case be remanded to the Court of Common Pleas of Richland County, South Carolina.

IT IS SO ORDERED.

April 24, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

| WE SO MOVE: | WE SO CONSENT: |
|---|---|
| s/ John G. Felder, Jr. | s/ Emily H. Farr |
| John G. Felder, Jr. | James Y. Becker |
| MCGOWAN, HOOD & FELDER | Emily H. Farr |
| 1517 Hampton Street | HAYNSWORTH SINKLER BOYD, P.A. |
| Columbia, SC 29201 | 1201 Main Street, 22nd Floor |
| | Columbia, SC 29201 |
| Brian J. Wanca | |
| ANDERSON + WANCA | ATTORNEYS FOR DEFENDANTS |
| 3701 Algonquin Road, Suite 760 | |
| Rolling Meadows, IL 60008 | |

Phillip A. Bock
BOCK & HATCH, LLC
134 North La Salle Street, Suite 1000
Chicago, IL 60602

ATTORNEYS FOR PLAINTIFF